171 So.2d 477

**King SURRY and Katie Clark**

**v.**

**ARKANSAS LOUISIANA GAS**

**COMPANY et al.**

No. 47617.

Feb. 23, 1965.

In re: Arkansas Louisiana Gas Company and United States Fidelity & Guaranty

Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 170 So.2d 133.

Writ refused. The result is correct based on the facts found by the Court of Appeal.

McCALEB, J., is of the opinion that a writ should be granted.

SUMMERS, J., is of the opinion that plaintiffs were contributorily negligent and that negligence should bar their recovery.